# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | | |
|---|---|---|
| Diana Louise Rinaldi | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     2:16-1403-RBH |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) ) | |
| *Defendant* | ) | |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: The Commissioner's decision is affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, who adopted the Report and
Recommendation of the Honorable Mary Gordon Baker, United States Magistrate Judge.


Date:     September 12, 2017

Robin L. Blume
*CLERK OF COURT*


s/Glenda J. Nance
_____
*Signature of Clerk or Deputy Clerk*